IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEROY BENJAMIN,                             No. CIV S-08-0995-WBS-CMK-P

    Plaintiff,

  vs.                                              ORDER

JAMES A. YATES, et al.,

    Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 5).  Plaintiff's complaint will be addressed separately.

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.    Plaintiff's motion for leave to proceed in forma pauperis is granted;

        2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

/ / /

1       3.     An initial partial filing fee of $5.84 will be assessed by this order pursuant

2 to 28 U.S.C. § 1915(b)(1);

3       4.     By separate order, the court will direct the appropriate agency to collect

4 the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court;

5 and

6       5.     Thereafter, plaintiff will be obligated for monthly payments of twenty

7 percent of the preceding month's income credited to plaintiff's inmate trust account, such

8 payments to be forwarded by the appropriate agency to the Clerk of the Court each time the

9 amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant

10 to 28 U.S.C. § 1915(b)(2).

DATED: June 27, 2008

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE